■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SUSAN A. DAVIS, Appellant.—Judgment unanimously modified, on the law, to nullify that condition of defendant's sentence of probation which requires voluntary service at the Genesee County Nursing Home and Domiciliary (see *People v Mandell,* 50 AD2d 907), and otherwise judgment affirmed. (See L 1978, ch 500, § 1, eff July 20, 1978, adding par [f-1] to Penal Law, § 65.10, subd 2, permitting such a condition of probation for convicted misdemeanants who consent to the amount and conditions of the prescribed voluntary service.) (Appeal from judgment of Genesee County Court—falsifying business rec-

ords, first degree.) Present—Moule, J. P., Dillon, Hancock, Jr., Schnepp and Witmer, JJ.